UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX DELGADILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNSELOR C/O,<br><br>    Defendant. | Case No. 22-cv-00667-WHO<br><br>**ORDER OF DISMISSAL** |

After plaintiff Felix Delgadillo filed a complaint, the Clerk sent him a notice directing him to file a complete application to proceed *in forma pauperis* (IFP), or pay the filing fee for this action, no later than February 29, 2022. (Dkt. No. 3.) After Delgadillo failed to do so, the undersigned issued an order directing him to file a complete application to proceed *in forma pauperis* (IFP), or pay the filing fee for this action, no later than August 1, 2022. (Dkt. No. 7.)

Delgadillo has not complied with the Clerk's Notice or the undersigned's order. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and the undersigned's order, and for failing to prosecute. *See* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Delgadillo may move to reopen. Any such motion must contain a complete application to proceed IFP (or full payment for the $402.00 filing fee). The motion must also have the words MOTION TO REOPEN written on the first page.

//

//

The Clerk shall terminate all pending motions, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 17, 2022



WILLIAM H. ORRICK
United States District Judge